<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARVEY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | CASE NO. C17-0526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference (Dkt. No. 18). This motion is GRANTED. The status conference is continued from August 8, 2017 to August 22, 2017 at 9:00 a.m.

DATED this 28th day of June 2017.

<div style="margin-left: 50%">
William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk
</div>

MINUTE ORDER C17-0526-JCC
PAGE - 1