THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVEY JOHNSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C17-0526-JCC<br><br>ORDER |

This matter comes before the Court on the parties' agreed motion (Dkt. No. 23) to release protected information and to clarify the protective order previously filed in this case (Dkt. No. 17). The parties seek an order permitting disclosure of inmate information pursuant to Revised Code of Washington section 70.48.100(1)(c) and clarifying that this, and other intended disclosures described below, are subject to a protective order previously entered by the Court. (Dkt. No. 17.) Specifically, the parties request King County disclose the following information for inmates who shared a cell with Plaintiff on March 6, 2014: name, B/A, cause number on which the inmate was held, and the last known address in the possession of King County Jail. (Dkt. No. 23 at 2.) Defendant King County further wishes to disclose these inmates' booking photographs, the Tank List Report of all inmates in Plaintiff's cell on March 6, 2014, and the March 6, 2014 Log Book for 9 South. Finally, the parties will be inspecting and photographing cell 4S09LC on January 22, 2018.

ORDER
C17-0526-JCC
PAGE - 1

1    The Court GRANTS the parties' motion (Dkt. No. 23). King County may disclose the
2 inmate information described above pursuant to RCW 70.48.100(1)(c). Further, disclosure of the
3 information, documents, and the photographs described above is subject to the protective order
4 previously entered in this matter (Dkt. No. 17).

DATED this 16th day of January 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0526-JCC
PAGE - 2