UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVEY JOHNSON, | CASE NO. C17-0526-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The matter comes before the Court on Plaintiff's unopposed motion for voluntary nonsuit with respect to the following Defendants: Gordon Karlsson, R. Almanza, D. Molina, Cameron Walker, and T. Walker (Dkt. No. 25). Plaintiff's motion is GRANTED. Plaintiff's claims against Defendants Gordon Karlsson, R. Almanza, D. Molina, Cameron Walker, and T. Walker are dismissed without prejudice. The claims against Defendants King County and Jane and John Does 1-10 remain.

DATED this 30th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk