1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   HARVEY JOHNSON,

10                    Plaintiff,

11          v.

12

13  KING COUNTY, *et al.*,

14                    Defendants.

CASE NO. C17-0526-JCC

MINUTE ORDER

15      The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17      This matter comes before the Court on the parties' stipulation and proposed order for

18  dismissal (Dkt. No. 27). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be

19  dismissed without a court order if there is a "stipulation of dismissal signed by all parties who

20  have appeared." All parties who have appeared stipulate that all claims shall be dismissed with

21  prejudice and without an award of attorney fees. (Dkt. No. 27 at 1.) Thus, under Fed. R. Civ. P.

22  41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and

23  without an award of costs to either party. The Clerk is DIRECTED to close this case.

24  //

25  //

26  //

DATED this 23rd day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk